IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60492
Conference Calendar

_____

JOHNATHAN O. FAGBEMI,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

--------------------

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A29 856 892

--------------------
Apr8il 13, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Johnathan O. Fagbemi petitions for review of the order of the Bureau of Immigration Appeals (BIA) dismissing his appeal from the decision of the Immigration Judge (IJ) that denied his application for asylum and withholding of deportation. Fagbemi contends that the BIA erred by dismissing his appeal because the IJ denied his motion for a change of venue. Fagbemi has not shown that the IJ abused his discretion by denying the motion.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

<u>Kin Sang Chow v. INS</u>, 12 F.3d 34, 39 (5th Cir. 1993). Fagbemi also asserts that he was wrongly denied relief from removal. The decision of the IJ and BIA that Fagbemi was not eligible for asylum or withholding of deportation is supported by substantial evidence in the record. <u>Faddoul v. INS</u>, 37 F.3d 185, 188 (5th Cir. 1994).

Fagbemi's motions for discovery, to compel, to enter default judgment, and for a subpoena are DENIED.

PETITION DENIED; MOTIONS DENIED.